No. 84–603. FREEMAN v. WASHINGTON. Appeal from Ct. App. Wash. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 84–658. FRONTIER PROPERTIES ET AL. v. ELLIOTT ET AL.; and ROSS v. STANDING COMMITTEE ON DISCIPLINE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA. Appeals from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as a petition for writ of certiorari, certiorari denied. Reported below: 735 F. 2d 1168 (second case).

No. 84–150. WISCONSIN ELECTIONS BOARD ET AL. v. REPUBLICAN PARTY OF WISCONSIN ET AL. Appeal from D. C. E. D. Wis. Judgment vacated and case remanded with instructions to dismiss the complaint. 